[No. 38423-0-II.   Division Two.   March 30, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EARL
HEWSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 07-1-06141-1, Serjio Armijo, J., entered October
3, 2008. *Affirmed in part, reversed in part,* and *remanded* by
unpublished opinion per Bridgewater, J., concurred in by
Penoyar, A.C.J., and Armstrong, J.

[No. 38467-1-II.   Division Two.   March 30, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JEROME
GEMAR, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 07-1-01557-1, James J. Stonier, J., entered
October 30, 2008. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Penoyar, A.C.J., and
Armstrong, J.

[No. 38686-1-II.   Division Two.   March 30, 2010.]

REX MCCRARY, *Appellant*, v. ROBERT E. DOIGE ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Thurs-
ton County, No. 05-2-00919-2, Wm. Thomas McPhee, J.,
entered January 19, 2007. *Reversed* and *remanded* by
unpublished opinion per Van Deren, C.J., concurred in by
Houghton and Penoyar, JJ.

[No. 38946-1-II.   Division Two.   March 30, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH C.
MOSHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 02-1-00190-2, Michael J. Sullivan, J., entered
February 20, 2009. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Hunt, J., concurred
in by Van Deren, C.J., and Bridgewater, J.